Submitted on the record and petition September 29, decision of Court of Appeals reversed, and case remanded to Court of Appeals for reconsideration December 31, 1992
See 119 Or App 506, 849 P2d 1161 (1993)

STATE OF OREGON,
*Petitioner on Review,*

*v.*

DENNIS LEE HOUSERMAN,
*Respondent on Review.*

(CC 91C-20032; CA A70271; SC S39511)

844 P2d 194

Timothy A. Sylwester, Assistant Attorney General, Salem, filed the petition for petitioner on review. With him on the petition were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

David K. Allen, Deputy Public Defender, Salem, filed the response. With him on the response was Sally L. Avera, Public Defender, Salem.

MEMORANDUM OPINION

The decision of the Court of Appeals is reversed, and the case is remanded to the Court of Appeals for reconsideration in the light of *State v. Haydon*, 116 Or App 347, 842 P2d 410 (1992).